Claude WILLIS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 76861.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 2000.

Application for Transfer Denied
June 27, 2000.

Mark A. Grothoff, Asst. Public Defend-
er, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Susan K. Glass, Asst. Atty. Gen., Jefferson
City, for respondent.

Before RICHARD B. TEITELMAN,
P.J., CLIFFORD H. AHRENS, J., and
LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Movant Claude Willis appeals from the
judgment denying his Rule 29.15 motion
for post-conviction relief on the merits
without an evidentiary hearing. The con-
victions and sentences sought to be vacat-
ed were for one count of attempted rape,
one count of kidnapping, and one count of
armed criminal action. On direct appeal,

the judgment convicting Movant was affirmed. See *State v. Willis*, 970 S.W.2d 912 (Mo.App. E.D.1998). Movant argues (1) that his appellate counsel was ineffective for failing to challenge the sufficiency of the evidence to support his convictions for kidnapping and armed criminal action on direct appeal; and (2) that his trial counsel was ineffective for failing to introduce evidence of the victim's prior drug use and convictions.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. The motion court's determination was not clearly erroneous. Rule 29.15(k). No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. The judgment is affirmed pursuant to Rule 84.16(b).